Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TRUJILLO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**ENCORE LIVE, LLC**,<br><br>*Defendant*. | Case No. 3:21-cv-01764-GPC-BLM<br><br>**NOTICE OF SETTLEMENT** |

1

Notice of Settlement

Case No. 3:21-cv-01764-GPC-BLM

Plaintiff Michael Trujillo hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Stipulation for Dismissal of the action with prejudice as to the Plaintiff's individual claims within 30 days. Accordingly, so as to conserve judicial resources and allow the parties to focus on finalizing the settlement of this matter, the parties jointly respectfully request that all current deadlines, including the upcoming ENE scheduled for January 26, 2022, be suspended pending the filing of the Stipulation for Dismissal.

Respectfully Submitted,

Dated: January 12, 2022

/s/ Rachel E. Kaufman
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Attorney for Plaintiff and the putative Class

Dated: January 12, 2022

/s/ Jaikaran Singh
Jaikaran Singh
jsingh@foley.com
FOLEY & LARDNER LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 847-6717

Attorney for Defendant

2

Notice of Settlement
Case No. 3:21-cv-01764-GPC-BLM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/Rachel E. Kaufman
Rachel E. Kaufman

3

Notice of Settlement

Case No. 3:21-cv-01764-GPC-BLM