Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL TRUJILLO,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ENCORE LIVE, LLC**,<br><br>*Defendant*. | Case No. 3:21-cv-01764-GPC-BLM<br><br>**JOINT MOTION FOR DISMISSAL** |

1

Joint Motion for Dismissal

Case No. 3:21-cv-01764-GPC-BLM

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 7.2, Plaintiff Michael Trujillo and Defendant Encore Live, LLC hereby respectfully request that the Court issue an order dismissing this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: February 21, 2022

/s/ Rachel E. Kaufman
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

Dated: February 21, 2022

/s/ Jaikaran Singh
Jaikaran Singh
jsingh@foley.com
FOLEY & LARDNER LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 847-6717

*Attorney for Defendant*

Joint Motion for Dismissal
Case No. 3:21-cv-01764-GPC-BLM

**SIGNATURE CERTIFICATION**

The undersigned hereby certifies that the content of the above joint motion is acceptable to all persons required to sign the document, and the electronic signatures of all parties on the document are authorized.

　　　　　　　　　　　　　　　　　/s/ Rachel E. Kaufman
　　　　　　　　　　　　　　　　　Rachel E. Kaufman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　　/s/Rachel E. Kaufman
　　　　　　　　　　　　　　　　　Rachel E. Kaufman

Joint Motion for Dismissal
Case No. 3:21-cv-01764-GPC-BLM