1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRUJILLO, individually, and on behalf of all others similarly situated, | Case No. 3:21-cv-01764-GPC-BLM |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| vs. | |
| ENCORE LIVE, LLC, a Texas company, | **[ECF No. 12]** |
| Defendant. | |

/ /

/ /

/ /

/ /

/ /

Having reviewed the Parties' Joint Motion for Dismissal filed by Plaintiff MICHAEL TRUJILLO ("Plaintiff") and Defendant ENCORE LIVE, LLC ("Defendant"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Joint Motion for Dismissal is granted;

2. Plaintiff's claims are dismissed with prejudice;

3. Claims of any putative class members are dismissed without prejudice; and

4. As agreed by the Parties, this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  February 22, 2022

Hon. Gonzalo P. Curiel
United States District Judge